IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVIS LEMETT MCKIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. No. 2:25-cv-02877-SHL-cgc |
| | ) | |
| WARDEN HARRISON, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING RESPONDENT TO RESPOND TO THE PETITION PURSUANT TO 28 U.S.C. § 2241 AND DIRECTING CLERK TO MAIL FORM**

On September 15, 2025, Petitioner Travis Lemett McKie, an inmate at the Federal Correctional Institution in Memphis, Tennessee ("FCI Memphis"), Bureau of Prisons register number 61972-509, filed a *pro se* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 2), and paid the case filing fee (ECF No. 4).

It is **ORDERED** that the Clerk shall serve a copy of the § 2241 Petition and this Order on Respondent Warden Harrison by certified mail and shall provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. Pursuant to Federal Rule of Civil Procedure 4(i), the Clerk shall also mail copies of the § 2241 Petition and this Order by certified mail to United States Attorney General Pam Bondi and William W. Lothrop, the Director of the Federal Bureau of Prisons.

It is **ORDERED** that the Clerk mail the Parties the form for Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85).

It is **ORDERED** that Harrison shall file a response to the § 2241 Petition within twenty-eight days. McKie may, if he chooses, submit a reply to Harrison's Answer or

1

response within twenty-eight days of service. McKie may request an extension of time to reply if his motion is filed on or before the due date of his reply. The Court will address the merits of the § 2241 Petition, or of any motion filed by Harrison, after the expiration of McKie's time to reply, as extended.

  **IT IS SO ORDERED,** this 17th day of September, 2025.

             s/ Sheryl H. Lipman
             SHERYL H. LIPMAN
             CHIEF UNITED STATES DISTRICT JUDGE