**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TRAVIS LEMETT MCKIE,<br>Petitioner,<br>v.<br>WARDEN C. HARRISON,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02877-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Travis McKie's Petition for a Writ of Habeas Corpus, (ECF No. 2), filed September 15, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with this Court's Order Dismissing § 2241 Petition Without Prejudice, Certifying that an Appeal Would not be Taken in Good Faith, and Denying Leave to Proceed In Forma Pauperis on Appeal, filed October 7, 2026, (ECF No. 9), the matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 8, 2026
Date